■ NIKOLAOS KITKAS, Respondent, v WINDSOR PLACE CORP., Defendant and Third-Party Plaintiff-Respondent and Third Third-Party Plaintiff-Respondent, et al., Defendants. T & G CONTRACTING CORP., Third-Party Defendant and Second Third-Party Plaintiff-Respondent; BOCA ELECTRIC CORP., Second Third-Party Defendant and Third Third-Party Defendant-Appellant. [852 NYS2d 809]—

"A motion on notice is made when a notice of the motion is served" (CPLR 2211; *see Russo v Eveco Dev. Corp.* 256 AD2d 566 [1998]; *Rivera v Glen Oaks Vil. Owners, Inc.*, 29 AD3d 560, 561 [2006]). Thus, contrary to the conclusion reached by the Supreme Court, the initial motion for summary judgment made by the second third-party defendant/third third-party defendant Boca Electric Corp. (hereinafter Boca) was timely when it was served on all opposing counsel by mail on December 16, 2005 (*see* CPLR 2103 [b] [2]; *see also* Weinstein-Korn-Miller NY Civ Prac ¶ 2211.07). Boca's subsequent service of an amended notice of motion, in order to schedule the return of the motion on a date permitted by the Supreme Court's rules of practice, did not render the motion untimely (*see Rivera v Glen Oaks Vil. Owners, Inc.*, 29 AD3d at 562). Accordingly, we remit the matter to the Supreme Court, Queens County, to determine Boca's motion on the merits. Spolzino, J.P., Santucci, Angiolillo and Carni, JJ., concur.